UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>                                              )<br>           Plaintiff            )<br>                                              )<br>                                              )<br> vs.                                        )<br>                                              )<br> GOMEZ-URBE, ET AL     )<br>                                              )<br>           Defendant(s)      )<br>_____) | CRIMINAL NO. 07MJ2628 CAB<br><br>ORDER<br><br>RELEASING MATERIAL WITNESS<br><br>Booking No. |

On order of the United States District/Magistrate Judge,  **CATHY ANN BENCIVENGO**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody:  (Bond Posted / Case Disposed / Order of Court).

SAUL HERNANDEZ - PALOS

DATED: 11/14/2007

**CATHY ANN BENCIVENGO**
_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____
             DUSM

OR

W. SAMUEL HAMRICK, JR.   Clerk
by _____
             Deputy Clerk