FILED

FEB - 5 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.07MJ2628-CAB |
| Plaintiff, | |
| vs. | |
| 1. Alvaro GOMEZ-Orbe, | PROPOSED ORDER |
| 2. Gregory VARAS, | |
| 3. Roberto Jesus LASARTE, | |
| Defendant(s) | |

**It is hereby Ordered** that the personal surety bond of $5000.00 which secured the presence of material witness OSCAR GAMBOA-GARCIA, be exonerated forthwith.

/////
/////
/////
/////
/////

**It Is Further Ordered** that the Clerk of Court shall release and disburse the $500 held in the Registry of the Court to the Surety:

> David Ramirez Gonzalez
> 350 Gentry Way, Sp #3
> Reno, NV 89502

Dated: 2/5/08

HONORABLE CATHY ANN BENCIVENGO
UNITED STATES MAGISTRATE JUDGE